```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 06438
   KENYON L REEVES
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0073


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/11/2007 and was not confirmed.

      The case was dismissed without confirmation 07/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------

CHILD SUPPORT ENFORCEMEN NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         3569.64            .00            .00
SPRINT                   UNSECURED      NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         1062.65           .00            .00
DAIMLERCHRYSLER FINANCIA UNSECURED        15752.34           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         1831.21           .00            .00
CITY OF CHICAGO PARKING  UNSECURED         2260.56           .00            .00
METROCALL                UNSECURED      NOT FILED            .00            .00
FIRST CONSUMERS NATIONAL UNSECURED      NOT FILED            .00            .00
TCF NATIONAL BANK        UNSECURED      NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED          199.30           .00            .00
MT SINAI HOSPITAL        UNSECURED      NOT FILED            .00            .00
ACUTE CARE SPECIALISTS   UNSECURED      NOT FILED            .00            .00
NORDSTROM FSB            UNSECURED          461.08           .00            .00
TCF BANK                 UNSECURED      NOT FILED            .00            .00
SIR FINANCE              UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE UNSECURED          667.51           .00            .00
IL DEPT OF HEALTHCARE &  UNSECURED          174.50           .00            .00
IL DEPT OF HEALTHCARE &  DSO ARREARS       4024.32           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06438 KENYON L REEVES
```

```
                              ---------------         ---------------
TOTALS                                   .00                     .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 10/18/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```